```
 1  Christopher T. Holland (SB #164053)
    Anne E. Kearns (SB #183336)
 2  Kathy M. Sarria (SB #181322)
    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
 3  114 Sansome Street, Suite 400
    San Francisco, California 94104
 4  Telephone: (415) 249-8330
    Facsimile: (415) 249-8333
 5  Email:    cholland&kksrr.com

 6  Karen R. Thorland (SB #172092)
    LOEB & LOEB LLP
 7  10100 Santa Monica Boulevard, Suite 2200
    Los Angeles, California 90067
 8  Telephone: (310) 282-2000
    Facsimile: (310) 282-2200
 9  Email:    kthorland@loeb.com

10  Attorneys for Plaintiffs

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION
```

| | |
|---|---|
| DISNEY ENTERPRISES, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; LIONS GATE FILMS, INC., a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; COLUMBIA PICTURES FILM PRODUCTION ASIA LIMITED, a Hong Kong corporation; and PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DOES 1 – 86,<br><br>      Defendants. | CASE NO. C-05-3442 JF<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** |

1  Upon Plaintiffs' Miscellaneous Administrative Request
2 for Leave to Take Discovery Prior to Rule 26 Conference, the
3 Declarations of Chad Tilbury, Thomas Carpenter and R. Christopher
4 Harshman and Plaintiffs' Request for Judicial Notice, and having
5 considered the issues raised therein, including relevant privacy
6 issues, it is hereby:

7  ORDERED that the Administrative Request of Plaintiffs
8 for Leave to Take Discovery Prior to Rule 26 Conference is
9 granted.

10  IT IS FURTHER ORDERED that Plaintiffs may serve
11 immediate discovery on SBC Internet Services, Inc., or any other
12 entity identified by SBC Internet Services, Inc. as providing
13 network access or online services to one or more of the Doe
14 Defendants, by serving a Rule 45 subpoena that seeks information
15 sufficient to identify each Doe Defendant, including the name,
16 address, telephone number, email address, and Media Access
17 Control addresses for each Defendant.

18  IT IS FURTHER ORDERED THAT any information disclosed to
19 Plaintiffs in response to the Rule 45 subpoenas may be used by
20 Plaintiffs solely for the purpose of protecting Plaintiffs'
21 rights under the Copyright Act.

23 Dated: *9/22/05*                 *Patricia V. Trumbull* (signature)
24                                  United States ~~District~~ Judge
                                              *Magistrate*

1
[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST
CASE NO. C-05-3442 JF