Christopher T. Holland (State Bar No. 164053)
Anne E. Kearns (State Bar No. 183336)
Kathy M. Sarria (State Bar No. 181322)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, CA 94104
Phone:     (415) 249-8330
Fax:       (415) 249-8333
Email:     cholland@kksrr.com

Karen R. Thorland (Sate Bar No. 172092)
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Phone:     (310)282-2000
Fax:       (310)282-2200
Email:     kthorland@loeb.com

Attorneys for Plaintiffs

**E-filed 1/4/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; LIONS GATE FILMS, INC., a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; COLUMBIA PICTURES FILM PRODUCTION ASIA LIMITED, a Hong Kong corporation; and PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>        Plaintiffs,<br><br>  vs.<br><br>DOES 1 – 86,<br><br>        Defendants. | Case No.: C-05-03442-JF<br><br>NOTICE OF VOLUNTARY DISMISSAL |

1    Pursuant to Federal Rule of Civil Procedure 41(a),
2 Plaintiffs voluntarily dismiss <u>without prejudice</u> Doe Defendants
3 1-6, 8-13, 15-26, 28-41, 43, 44, 46-57, 59, 61-68, 71-73, and
4 75-86, each side to bear its own costs and attorneys' fees.
5    Further Pursuant to Federal Rule of Civil Procedure 41 (a),
6 Plaintiffs voluntarily dismiss <u>with prejudice</u> Doe Defendants 7,
7 14, 27, 42, 45, 58, 60, 69, 70, and 74, each side to bear its
8 own costs and attorneys' fees.
9    Plaintiffs request that the Court retain jurisdiction with
10 respect to Doe Defendants 17, 36, 50, 56, and 64 to enforce the
11 settlement agreements (if needed) entered into as of November 8,
12 2005, November 7, 2005, November 18, 2005, December 13, 2005,
13 and November 2, 2005 between Plaintiffs and Doe Defendants 17,
14 36, 50, 56, and 64, respectively.

Dated: December 20, 2005       CHRISTOPHER T. HOLLAND
                               ANNE E. KEARNS
                               KATHY M. SARRIA
                               KRIEG, KELLER, SLOAN, REILLEY &
                               ROMAN LLP

                               KAREN R. THORLAND
                               LOEB & LOEB LLP


                               By         /S/
                                  ─────────────────────────────
                                  CHRISTOPHER T. HOLLAND
                                  Attorney for Plaintiffs
                                  DISNEY ENTERPRISES; WARNER
                                  BROS.; TWENTIETH CENTURY FOX;
                                  LIONS GATE FILMS; COLUMBIA
                                  PICTURES; UNIVERSAL CITY
                                  STUDIOS PRODUCTIONS; COLUMBIA
                                  PICTURES FILM PRODUCTION
                                  ASIA; and PARAMOUNT PICTURES

12/28/05   IT IS SO ORDERED.  Judge Jeremy Fogel, United States District Court
                      /s/electronic signature authorized